# United States Court of Appeals for the Federal Circuit

---

**DAVID SCOTT BRIMER,**
*Petitioner*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent*

---

2024-1388

---

Petition for review of the Merit Systems Protection Board in No. AT-3330-21-0119-I-1.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 17, 2025
Date