# United States Court of Appeals for the Federal Circuit

**DAVID SCOTT BRIMER,**
*Petitioner*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent*

2024-1388

Petition for review of the Merit Systems Protection Board in No. AT-3330-21-0119-I-1.

## JUDGMENT

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

August 14, 2026
Date

Jarrett B. Perlow
Clerk of Court